UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DONNA SUE GABLE,

        Plaintiff,

-vs-                                    Case No. 6:08-cv-1932-Orl-18DAB

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on review of the Commissioner's administrative decision to deny Plaintiff's application for social security disability benefits. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby **APPROVED**. The decision of the Commissioner is **AFFIRMED**. Clerk of the Court is directed to enter judgment accordingly and CLOSE the case.

It is **SO ORDERED** in Orlando, Florida, this 21 day of October, 2009.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge